**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6530**

GEORGE A. BRANDON,

        Plaintiff – Appellant,

    v.

MICHAEL WADE, Sheriff,

        Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:07-cv-00509-RAJ-JEB)

Submitted: January 14, 2010      Decided: January 20, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George A. Brandon, Appellant Pro Se.  Leslie A. Winneberger, BEALE, BALFOUR, DAVIDSON & ETHERINGTON, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George A. Brandon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Brandon's motion for appointment of counsel and affirm for the reasons stated by the district court. Brandon v. Wade, No. 2:07-cv-00509-RAJ-JEB (E.D. Va. filed Jan. 30, 2009 & entered Feb. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED